[No. 17010-8-II.    Division Two.    May 17, 1996.]
B & L TRUCKING & CONSTRUCTION CO., ET AL.,
*Respondents*, v. NORTHERN INSURANCE COMPANY OF
NEW YORK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-01715-5, J. Kelley Arnold, J., entered February 19, 1993. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Wiggins, J. Pro Tem., dissenting. Now published at 82 Wn. App. 646.

[No. 18251-3-II.    Division Two.    May 17, 1996.]
*In the Matter of the Marriage of* MARIANNE
BLAUFUSS, *Respondent*, and GUENTHER BLAUFUSS,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 83-3-02395-4, Waldo F. Stone, J., entered April 19, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Houghton, JJ.

[No. 18303-0-II.    Division Two.    May 17, 1996.]
MALCOLM FREY, *Appellant*, v. TERRY ANDERSON,
*Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 92-2-02348-0, Christine A. Pomeroy, J., entered May 4, 1994. *Affirmed in part* and *reversed in part*, and *remanded* by unpublished opinion per Turner, J., concurred in by Houghton, A.C.J., and Bridgewater, J.

[No. 18554-7-II.    Division Two.    May 17, 1996.]
ALLSTATE INSURANCE COMPANY, *Respondent*, v.
ANTHONY JUENEMANN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-2-00609-9, Milton R. Cox, J., entered August 15, 1994. *Affirmed* by unpublished opinion per Turner, J., concurred in by Houghton, A.C.J., and Bridgewater, J.